# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00085-CV

### S. G. and S. T., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 302,469-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants S. G. and S. T. filed their notices of appeal on February 16, 2021. The appellate record was complete on March 3, 2021, making appellants' briefs due on March 23, 2021. On March 22, 2021, counsel for S. G. filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Agata Vana and Bradley K. Williamson to file appellants' briefs no later than April 12, 2021. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on March 24, 2021.

Before Justices Goodwin, Triana, Kelly